UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re: Home Town Florida, LLC,

Debtor.

Bankruptcy Case No. 3:22-bk-2331-JAB

_____/

CHECKLIST MANAGEMENT, INC.,

    Appellant,

vs.

Case No. 3:23-cv-710-MMH

HOME TOWN FLORIDA, LLC,

    Appellee.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court sua sponte. On September 18, 2023, the bankruptcy case was dismissed. See Order Dismissing Case (Dkt. No. 4-2). Accordingly, it is

**ORDERED:**

1. The Notice of Appeal (Dkt. No. 1) is **DISMISSED**.

2. The Clerk of the Court is directed to close the case.

**DONE AND ORDERED** in Jacksonville, Florida this 28th day of September, 2023.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja
Copies to:
Counsel of Record
Pro Se Parties